FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 13 AM 8:58
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SARAH MCCOY and JORDON MCCOY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STANLEY KWIATKOWSKI; B.A. ) <br> MILLER, LLC; WIKEL BULK ) <br> EXPRESS, INC.; and STATE ) <br> AUTOMOBILE MUTUAL INSURANCE ) <br> CO.; ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV415-229 |

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _12th_ day of April 2016.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA